# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSHEA FORD,<br><br>        Plaintiff,<br><br>   v.<br><br>ACCOUNT CONTROL TECHNOLOGY, INC., et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00203 AWI - JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 82) |

Counsel have stipulated to continue the mandatory scheduling conference by 60 days to allow time for Judge Ishii to decide the motion to compel arbitration, currently under submission. (Doc. 16) Good cause appearing, the Court **ORDERS**:

    1.    The stipulation is **GRANTED**;

    2.    The mandatory scheduling conference is **CONTINUED** to **July 12, 2019** at 9:30 a.m.

IT IS SO ORDERED.

Dated: **April 26, 2019**           **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE