# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEYSHA FORD, on behalf herself and others similarly situated,<br><br>Plaintiffs,<br>v.<br>ACCOUNT CONTROL TECHNOLOGY. INC., et al.,<br><br>Defendants. | Case No.: 1:19-cv-00203 AWI JLT<br><br>ORDER TO THE PARTIES TO FILE STATUS REPORTS |

Ten months ago, the Court stayed this action in favor of individual arbitration. (Doc. 18) Since that time, the Court has received no information about the status of the case. Thus, the Court **ORDERS**:

1. Within 60 days and every 120 days thereafter <u>and</u> no later than 30 days after the completion of the arbitration, the parties SHALL file a joint report detailing the status of the arbitration. They SHALL report also on whether the stay in this case should be lifted.

IT IS SO ORDERED.

Dated: **March 3, 2020**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE