# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEYSHA FORD, on behalf herself and others similarly situated, <br><br> Plaintiffs, <br> v. <br> ACCOUNT CONTROL TECHNOLOGY. INC., et al., <br><br> Defendants. | Case No.: 1:19-cv-00203 AWI JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br> (Doc. 20) |

      The Court stayed this action a year ago to allow the parties to complete arbitration. (Doc. 18) When the Court heard nothing from the parties, ten months later, the Court ordered the parties to file a joint report. (Doc. 19) The parties now report that during the last 12 months, they <u>never</u> initiated arbitration proceedings because they chose to talk informally about settlement instead. (Doc. 20) Nevertheless, despite having had 12 months to do so, they have not yet finalized the terms of the settlement. <u>Id</u>.  The Court is at a loss to understand what the parties have been doing during the last year or why they felt they had no duty to report to the Court that, despite seeking the stay specifically to pursue arbitration, they believed that doing so was at their discretion.

      It is only because the Court anticipates that the parties will file their dismissal documents quickly that the Court does not order them to show cause why sanctions should not be imposed. Instead, the Court **ORDERS**:

///

1. **No later than June 5, 2020**, counsel **SHALL** file a stipulated dismissal of this action.

IT IS SO ORDERED.

Dated: __**May 3, 2020**__                             __**/s/ Jennifer L. Thurston**__
                                                                                          UNITED STATES MAGISTRATE JUDGE