**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEYSHA FORD, on behalf herself and others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> ACCOUNT CONTROL TECHNOLOGY. INC., et al., <br><br> Defendants. | Case No.: 1:19-cv-00203 AWI JLT <br><br> ORDER CLOSING THE ACTION <br> (Doc. 22) |

The parties have stipulated that this action will be dismissed with prejudice as to the named plaintiff and without prejudice as to those members of the putative class (Doc. 22). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **June 7, 2020**          /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE